IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES JONES**                                                                                      **PLAINTIFF**

V.                                                        **NO. 4:23-CV-157-DMB-JMV**

**STATE FARM FIRE**
**& CASUALTY COMPANY**                                            **DEFENDANT**

## ORDER

On October 5, 2023, the parties filed a joint motion asking the Court to "enter a Judgment dismissing with prejudice the claims made in suit on the basis that the parties have reached a settlement."[1] Doc. #7 at 1. Based on the parties' settlement of this case, the joint motion [7] is **GRANTED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 6th day of October, 2023.

                                                                           /s/Debra M. Brown
                                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] The parties represent that "[t]he settlement contemplates entry of judgment of dismissal with prejudice of all claims made in suit. The settlement has been fully consummated except for entry of dismissal with prejudice." Doc. #8 at 1.