IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES JONES**                                                                                                  **PLAINTIFF**

**V.**                                                    **NO. 4:23-CV-157-DMB-JMV**

**STATE FARM FIRE**
**& CASUALTY COMPANY**                                                          **DEFENDANT**

## **ORDER**

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 6th day of October, 2023.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**